No. 91–5468.  BERKERY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–5470.  CRAWFORD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–5472.  GURGONE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–5475.  HACKETT v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–5478.  MCDONEL v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–5479.  CHASE v. OREGON COURT OF APPEALS.  Sup. Ct. Ore.  Certiorari denied.

No. 91–5480.  MEDINA v. KEANE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 91–5482.  DAKE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5483.  MAINES v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–5485.  JOHNSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5486.  NOVOA-SALINAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5487.  MCHENRY v. UTAH VALLEY HOSPITAL.  C. A. 10th Cir.  Certiorari denied.

No. 91–5491.  STATEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–5492.  YERO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5493.  RIVERO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–5495.  SAUNDERS v. AMOCO PIPELINE CO.  C. A. 10th Cir.  Certiorari denied.